

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| EX PARTE: LUIS RAMOS, | § | No. 08-17-00069-CR |
| Appellant. | § | Appeal from the |
|  | § | 409th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2016DCV3258) |
|  | § |  |

**O R D E R**

The Court has considered the State's motion to consolidate cases on appeal, and concludes the motion should be GRANTED. The above styled and numbered cause shall be consolidated with cause number 08-17-00070-CR, styled Ex Parte: Luis Ramos, for purposes of briefing and oral argument only.

IT IS SO ORDERED this 1st day of May, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.